ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                      Plaintiff,

        -against-

FERMIN BELLO, Individually, and d/b/a
TAVERNA DE IZUCAR a/k/a LA TAVERNA
DE IZUCAR BAR RESTAURANT,

and

TAVERNA DE IZUCAR a/k/a LA TAVERNA
DE IZUCAR BAR RESTAURANT,

                   Defendants.

----------------------------------------------------------------

**RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT**

Civil Action No. 07-CV-08104

        PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN

DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel of record for a private (non-

governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of

that Party which are publicly held.

        There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J**

**SPORTS PRODUCTIONS, INC.**

Dated: September 11, 2007
        Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By:  /s/Julie Cohen Lonstein
    JULIE COHEN LONSTEIN, ESQ.
    Attorney for Plaintiff
    Bar Roll No. JL8521
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    1 Terrace Hill : P.O. Box 351
    Ellenville, NY  12428
    Telephone:  (845) 647-8500
    Facsimile:   (845) 647-6277
    Email: Info@signallaw.com
    *Our File No.  07-4-S09V*