ECF CASE
JUDGE KAPLAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                                Plaintiff

     -against-                    **CERTIFICATE OF SERVICE**
                                          Civil Action No. 07-CV-8104-LAK-HBP
                                          HON. LEWIS A. KAPLAN

FERMIN BELLO, Individually, and d/b/a
TAVERNA DE IZUCAR a/k/a LA TAVERNA
DE IZUCAR BAR RESTAURANT,

and

TAVERNA DE IZUCAR a/k/a LA TAVERNA
DE IZUCAR BAR RESTAURANT,

                 Defendants.
-------------------------------------------------------------

       The undersigned hereby certifies that on the 11th day of October, 2007, your deponent served, via regular mail, a copy of the following:

                      Order Re: Scheduling and Initial Pretrial Conference

upon:

Fermni Bello
1735 East 172nd Street
Bronx, NY 10472

Taverna De Izucar
1735 East 172nd Street
Bronx, NY 10472

                                                      /s/ Julie Cohen Lonstein
                                                    Julie Cohen Lonstein, Esq.