ECF CASE
JUDGE KAPLAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,          **MOTION FOR CONTINUANCE**
  - against -                              Civil Action No. 07-CV-8104-LAK-HBP
                                          HON. LEWIS A. KAPLAN

FERMIN BELLO, Individually, and d/b/a TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT,

and

TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT
                        Defendants.
-----------------------------------------------------------------

      Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from November 9, 2007 at 10:00 a.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants FERMIN BELLO, Individually, and d/b/a TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT, and TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT.

      Plaintiff forwarded the Complaint and Summons to Process Servers on or a bout September 25, 2007 and despite diligent attempts, the Defendants herein have not yet been served.

      Plaintiff respectfully requests that the November 9, 2007 conference be continued in order to allow the Defendants to be served.

Dated: November 1, 2007         /s/ Julie Cohen Lonstein
       Ellenvill, NY 12428         JULIE COHEN LONSTEIN, ESQ.
                                            Attorney for Plaintiff
                                            Bar Roll No. JL8521
                                            LONSTEIN LAW OFFICE, P.C.
                                            1 Terrace Hill : P.O. Box 351
                                            Ellenville, NY  12428
                                            Telephone:  (845) 647-8500
                                            Facsimile:   (845) 647-6277