ECF CASE
JUDGE KAPLAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff

    -against-

FERMIN BELLO, Individually, and d/b/a TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT,

and

TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT,

                Defendants.
-------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-8104-LAK-HBP
HON. LEWIS A. KAPLAN

      The undersigned hereby certifies that on the 1st day of November, 2007, your deponent served, via regular mail, a copy of the following:

                Motion to Continue Initial Pretrial Conference

upon:

Fermni Bello
1735 East 172nd Street
Bronx, NY 10472

Taverna De Izucar
1735 East 172nd Street
Bronx, NY 10472

                                      /s/ Julie Cohen Lonstein
                                      Julie Cohen Lonstein, Esq.