ECF CASE
JUDGE KAPLAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                           Plaintiff,       **MOTION FOR CONTINUANCE**
- against -                                 Civil Action No. 07-CV-8104-LAK-HBP
                                           HON. LEWIS A. KAPLAN

FERMIN BELLO, Individually, and d/b/a
TAVERNA DE IZUCAR a/k/a LA TAVERNA DE
IZUCAR BAR RESTAURANT,

and

TAVERNA DE IZUCAR a/k/a LA TAVERNA DE
IZUCAR BAR RESTAURANT
                        Defendants.
-----------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

      Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from November 9, 2007 at 10:00 a.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants FERMIN BELLO, Individually, and d/b/a TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT, and TAVERNA DE IZUCAR a/k/a LA TAVERNA DE IZUCAR BAR RESTAURANT.

      Plaintiff forwarded the Complaint and Summons to Process Servers on or a bout September 25, 2007 and despite diligent attempts, the Defendants herein have not yet been served.

      Plaintiff respectfully requests that the November 9, 2007 conference be continued in order to allow the Defendants to be served.

*[Handwritten annotation: Denied. Plaintiff has been on notice of this date since 10/3/07 & may serve the defendants.]*

SO ORDERED

_____
LEWIS A. KAPLAN / USDJ
11/2/07