ECF CASE
JUDGE KAPLAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,
                  Plaintiff,

   -against-　　　　　　　　　　　　　　**NOTICE OF VOLUNTARY DISMISSAL**
　　　　　　　　　　　　　　　　　　　　Civil Action No. 07-CV-8104-LAK-HBP
　　　　　　　　　　　　　　　　　　　　HON. LEWIS A. KAPLAN

FERMIN BELLO, Individually, and d/b/a
TAVERNA DE IZUCAR a/k/a LA TAVERNA DE
IZUCAR BAR RESTAURANT,

and

TAVERNA DE IZUCAR a/k/a LA TAVERNA DE
IZUCAR BAR RESTAURANT
                Defendants.
-----------------------------------------------------------------

　　　　**NOW COMES THE PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 5, 2007
　　　　Ellenville, New York

　　　　　　　　　　　　　　　　　　　　By: /s/ Julie Cohen Lonstein
　　　　　　　　　　　　　　　　　　　　Julie Cohen Lonstein, Esq.
　　　　　　　　　　　　　　　　　　　　Bar Roll No. JL8512
　　　　　　　　　　　　　　　　　　　　Lonstein Law Office, P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　1 Terrace Hill; PO Box 351
　　　　　　　　　　　　　　　　　　　　Ellenville, NY 12428
　　　　　　　　　　　　　　　　　　　　Telephone: 845-647-8500
　　　　　　　　　　　　　　　　　　　　Facsimile: 845-647-6277

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, a true copy of the foregoing document was served via regular mail upon:

Fermni Bello
1735 East 172nd Street
Bronx, NY 10472

Taverna De Izucar
1735 East 172nd Street
Bronx, NY 10472

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.