ECF CASE
JUDGE KAPLAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK



-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                        Plaintiff,

   -against-                    NOTICE OF VOLUNTARY
                                    DISMISSAL
                                    Civil Action No. 07-CV-8104-LAK-HBP
                                    HON. LEWIS A. KAPLAN

FERMIN BELLO, Individually, and d/b/a
TAVERNA DE IZUCAR a/k/a LA TAVERNA DE
IZUCAR BAR RESTAURANT,

and

TAVERNA DE IZUCAR a/k/a LA TAVERNA DE
IZUCAR BAR RESTAURANT
                        Defendants.
-----------------------------------------------------------

   **NOW COMES THE PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 5, 2007
       Ellenville, New York

                                              By: /s/ Julie Cohen Lonstein
                                              Julie Cohen Lonstein, Esq.
                                              Bar Roll No. JL8512
                                              Lonstein Law Office, P.C.
                                              Attorneys for Plaintiff
                                              1 Terrace Hill; PO Box 351
                                              Ellenville, NY 12428
                                              Telephone: 845-647-8500
                                              Facsimile: 845-647-6277

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
11/9/07